5/29/2014 2:30:18 PM
Chris Daniel - District Clerk Harris County
Envelope No. 1392742
By: BERNADETTE LYNCH

## STIPULATION REGARDING CONSTUTITIONAL CHALLENGES TO CHAPTER 90 OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/3/2015 5:27:19 PM
CHRISTOPHER A. PRINE
Clerk

The Defendants and all Plaintiffs making constitutional challenges to Chapter 90 of the Texas Civil Practice and Remedies Code, by and through the Plaintiffs' Steering Committee and the Defense Steering Committee, enter into the following stipulation and agreement under Rule 11 of the Texas Rules of Civil Procedure:

1. The Plaintiffs who have made or joined in the constitutional challenge to certain portions of Chapter 90 of the Texas Civil Practice and Remedies Code (the "Moving Plaintiffs") are making only a facial constitutional challenge, and are not making an as applied challenge on any issue. The parties agree that no party will ask the MDL pretrial court to rule on an as applied challenge in any case or case based upon any motion on file as of May 19, 2014. The parties agree that, if the facial constitutional challenge is denied by the MDL pretrial court, any Plaintiff or Plaintiffs will have the right to file in the MDL Pretrial Court an as applied challenge in their case or cases.

2. The Moving Plaintiffs are requesting both a temporary injunction and a permanent injunction. At the present time, the only issue being presented to the Court is the request for a temporary injunction. The application for a permanent injunction shall be reserved for a trial on the merits in an individual case or cases.

3. The Moving Plaintiffs and all Defendants in the cases filed by Moving Plaintiffs agree that the MDL Judge has the authority to rule upon the request by Moving Plaintiffs for a temporary injunction under Rule 13 of the Texas Rules of Judicial Administration. In the event of an appeal, the Moving Plaintiffs and Defendants agree that no party will challenge the MDL Judge's ruling on the ground that the MDL Judge lacks the authority under Rule 13 to rule upon the request for a temporary injunction.

4. The Moving Plaintiffs and all Defendants in the cases filed by Moving Plaintiffs agree that, at the temporary injunction stage, any interested party may offer proof in the form of affidavits, with or without exhibits, in lieu of presenting a live witness and that no party will object to such evidence on the ground that it is provided in the form of an affidavit instead of by live presentation. Any party shall retain the right to object on other grounds that could be offered if the testimony was being presented through a testifying witness, such as hearsay, lack of personal knowledge, lack of relevance, or other grounds.

AGREED:

_____
By the Plaintiffs' Steering Committee

_____
By the Defense Steering Committee

Approved this 19 day of May, 2014.

_____
JUDGE PRESIDING

BEAULITIGATION:1402346.1

## EXHIBIT 1